IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN ALOYSIUS**                                                                                 **PLAINTIFF**

v.                      **Case No: 4:25-cv-00413-LPR**

**BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS, et al.**                            **DEFENDANTS**

## ORDER

On January 20, 2026, Plaintiff filed a Motion to Dismiss this case based on a resolution reached by the parties.[1] Defendants have notified the Court via e-mail that they do not object to Plaintiff's Motion. Accordingly, Plaintiff's Motion to Dismiss (Doc. 11) is GRANTED and this case is DISMISSED with prejudice, with each party to bear its own costs and attorney fees. The Clerk is instructed to close this case.

IT IS SO ORDERED this 21st day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Pl.'s Mot. to Dismiss (Doc. 11).