IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN ALOYSIUS**                                                                                      **PLAINTIFF**

**v.**                                     **Case No: 4:25-cv-00413-LPR**

**BOARD OF TRUSTEES OF THE**
**UNIVERSITY OF ARKANSAS, et al.**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice, with each party to bear its own costs and attorney fees.

IT IS SO ADJUDGED this 21st day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE